JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | | |
|---|---|---|
| CHERISH LEWIS, | ) | Case No. 5:25-cv-01581-DFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT FOR VOLUTARY** |
| v. | ) | **REMAND PURSUANT TO** |
| | ) | **SENTENCE FOUR OF 42 U.S.C. §** |
| FRANK BISIGNANO, | ) | **405(g)** |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: November 25, 2025  _____
THE HONORABLE DOUGLAS F. MCCORMICK
U.S. MAGISTRATE JUDGE